UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: ) | Case No. 10-22307-dls |
| ) | |
| **AMERICAN WALNUT COMPANY, INC.** ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## OBJECTION TO DEBTOR'S MOTION FOR ORDER AUTHORIZING POST-PETITION FINANCING

COMES NOW, M&I Marshall & Isley Bank ("M&I"), a secured lender to American Walnut Company, Inc., the debtor in the above-captioned case, by and through its undersigned counsel, and for its Objection to Debtor's Motion for Order Authorizing Post-Petition Financing, states as follows:

1. On July 2, 2010 ("Petition Date"), American Walnut Company, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and continues in the operation and management of its business as debtor and debtor-in-possession under Sections 1107 and 1108 of the Bankruptcy Code.

2. M&I advanced money to the Debtor pursuant to a Commercial Loan Agreement dated February 28, 2005 (as amended from time to time, the "Loan Agreement"), and as further evidenced by various other agreements, instruments, financing statements and documents entered into in connection with the Loan Agreement, all as may have been amended, modified or restated from time to time.

3. The Debtor granted M&I a valid and enforceable, perfected security interest in all personal property, including inventory, equipment, accounts and accounts receivable, general

intangibles, and other property (the "Collateral") more fully described in a Security Agreement dated February 28, 2002 (the "Security Agreement"), to secure its obligations to M&I.

4. On the Petition Date, the Debtor filed a motion seeking an order authorizing the use of M&I's cash collateral, to which M&I has objected on the grounds that M&I's interests are not adequately protected.

5. The Debtor has also filed a motion seeking an order authorizing the Debtor to obtain post-petition financing of up to $175,000 from an insider, American Forest Products, Inc., pursuant to 11 U.S.C. 364(c)(2) and 364(c)(3) (the "Post-Petition Financing"). The proposed Post-Petition Financing would accrue interest at 10% and mature one year from the initial advance, and would be secured by a senior lien on all chapter 5 causes of action and a junior lien on the Debtor's vehicles, intellectual property, equipment, accounts receivable and inventory.

## Objection to Post-Petition Financing

6. M&I objects to the Post-Petition Financing on the grounds that the rights and protections granted to American Forest Products, Inc., an insider of the Debtor, prejudice the rights of M&I.

7. M&I objects to the Court granting American Forest Products, Inc. a first priority lien in the chapter 5 actions and junior lien in the Debtor's encumbered assets having priority over the replacement liens granted to be granted to M&I as adequate protection, pursuant to Section 364(c)(2) and (3) of the Bankruptcy Code to the extent the Debtor's use of M&I's cash collateral results in a decrease in the value of M&I's interest in such property.

8. Likewise, M&I would object to granting American Forest Products, Inc. a super-priority claim having priority over administrative claims, pursuant to Section 364(c)(1), to the

extent such super-priority claim has priority over any administrative claim granted to M&I as adequate protection for the Debtor's use of M&I's cash collateral.

9. Furthermore, the terms of the proposed Post-Petition Financing suggest over-reaching on the part of an insider of the Debtor, treating as a loan what is, in essence, an infusion of capital by an equity interest holder. M&I objects to the proposed interest rate of 10% for a loan from an insider as excessive, and objects to repayment of any Post-Petition Financing prior to repayment in full of the Debtor's indebtedness to M&I.

WHEREFORE, for the reasons set forth above, M&I respectfully requests this Court deny the Debtor's Motion, and grant such other and further relief as the Court deems just and proper.

Dated: July 8, 2010

Respectfully Submitted,

**BRYAN CAVE LLP**

By:    s/ Cassandra L. Writz
      Laurence M. Frazen, Esq. MO #31309
      Cassandra L. Writz, Esq. MO #54624
      1200 Main Street, Suite 3500
      Kansas City, Missouri 64105
      Telephone: (816) 374-3200
      Telecopier: (816) 374-3300

ATTORNEYS FOR M&I MARSHALL & ILSLEY BANK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing <u>Objection to Debtor's Motion for Order Authorizing Post-Petition Financing</u> was filed electronically with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest on July 8, 2010.

s/ Cassandra L. Writz<br>
Attorney for M&I Marshall & Ilsley Bank