U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
KC Room 144
7/9/2010
Hon. Dale L. Somers, Presiding

03:00 PM

---

Case Information:
    10-22307 American Walnut Company, Inc.   Chapter: 11
Judge: DLS    Filed: 07/02/2010     Pln Confirmed:

---

Appearances:
    Colin N. Gotham  representing  American Walnut Company, Inc.  (Debtor)    xx
    Laurence Frazen and Cassandra Writz representing
        M&I Marshall & Ilsley Bank (Creditor)    xx
    Mark Benedict representing Anytime Labor LLC dba Labormax Staffing    xx

---

Issue(s):
    1.   Motion to Use Cash Collateral.  Filed on behalf of Debtor American Walnut Company, Inc.  (Attachments: # (1) Exhibit 1), with Certificate of Service. **[Pld #3]**
    Objection to *(related document(s): Motion to Use Cash Collateral. filed by Debtor American Walnut Company, Inc.)* Filed by Creditor M&I Marshall & Ilsley Bank (Attachments: # **1** Exhibit Loan Agreement - Part 1# **2** Exhibit Loan Agreement - Part 2# **3** Exhibit Revolving Note# **4** Exhibit Term Note A# **5** Exhibit Term Note B# **6** Exhibit Security Agreement# **7** Exhibit Deed of Trust) (Writz, Cassandra) (Filed: 07/06/2010) **[Pld #14]**

    2.   Motion for Order Authorizing Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. 364(c)(2) and 364(c)(3) Filed on behalf of Debtor American Walnut Company, Inc., with Certificate of Service. **[Pld #7]**
    Amended Motion/Application *(related document(s): Motion for Order Authorizing Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. 364(c)(2) and 364(c)(3) filed by Debtor American Walnut Company, Inc.)* Filed on behalf of Debtor American Walnut Company, Inc., with Certificate of Service.(Gotham, Colin) (Filed: 07/07/2010) **[Pld #16]**
    Objection to *(related document(s): Amended Motion/Application (related document(s): 7 Motion for Order Authorizing Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. 364(c)(2) and 364(c)(3) filed by Debtor American Walnut Company, Inc.)* filed by Debtor American Walnut Company, Inc.) Filed by Creditor M&I Marshall & Ilsley Bank (Writz, Cassandra) (Filed: 07/08/2010) **[Pld #21]**


Notes/Decision:


Courtroom Deputy: Monica L.  Sparks
Court Reporter/ECRO:  Dawn  Cockrell/Bowen & Assoc.

U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
KC Room 144
7/9/2010
Hon. Dale L. Somers, Presiding

Parties to submit agreed interim orders resolving Motion for use of cash collateral and motion to obtain post-petition financing.
Counsel for debtor to submit order scheduling motion to pay critical vendors for July 16, 2010 at 1:30 p.m. and file certificate of service.

_____

_____

Courtroom Deputy: Monica L. Sparks
Court Reporter/ECRO: Dawn Cockrell/Bowen & Assoc.